UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 4:20-mj-30350
Magistrate Judge Anthony P. Patti

v.

BREANNA SAGE COLLARD,

      Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR BOND AND TEMPORARY RELEASE (ECF No. 17)

Defendant's Motion for Bond and Temporary Release (ECF No. 17) is **GRANTED** for the reasons stated on the record, the Court finding that the motion falls under the last paragraph of 18 U.S.C. 3142(i), rather than the final paragraph of 18 U.S.C. 3142(f), and further finding such temporary release to be necessary for the compelling reasons that Defendant, who previously voluntarily turned herself over to Marshal's Service custody and consented to detention after being out on bond without objection from the Government: (1) needs medical attention outside of the jail facility; (2) needs to make arrangements for the financial well-being of her children; and, (3) needs to arrange for the storage of her personal property. Defendant's temporary release is subject to the previous bond conditions

imposed, as well as modified conditions that were placed on the record, as will be reflected in a subsequent order, including zero contact with any minor children, including her own, and no Internet access of any kind. Defendant will report to the Clare County Jail or the U.S. Marshal's Service for continued custodial detention, as directed by her pretrial officer, no later than **June 14, 2021 at 6 p.m.**

   **IT IS SO ORDERED.**

Dated: May 28, 2021

                                                 Anthony P. Patti
                                                 UNITED STATES MAGISTRATE JUDGE